**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **RICHARD POLAK,** | |
| **Plaintiff,** | **8:18CV358** |
| **vs.** | |
| **CITY OF OMAHA, a political subdivision of the State of Nebraska; KERRY ISELIN, ROBERT LANEY, CLINTON GORMLEY, and JOHN DOES 1-100, in their individual capacities;** | **ORDER** |
| **Defendants.** | |

This matter is before the Court on the Joint Stipulation for Dismissal of City of Omaha, ECF No. 30, submitted by Plaintiff Richard Polak and Defendant City of Omaha, requesting that any remaining claims against the City of Omaha be dismissed, with prejudice. No objections to the stipulation have been filed. The Court has reviewed the record and finds that the request for dismissal should be granted. Defendant City of Omaha will be dismissed from the above-captioned case. Accordingly,

IT IS ORDERED:

1. The Joint Stipulation for Dismissal of City of Omaha, ECF No. 30, is granted;

2. Any remaining claims against the City of Omaha are dismissed, with prejudice;

3. Defendant City of Omaha is dismissed from the above-captioned case; and

4. The Clerk will revise the caption accordingly.

Dated this 12th day of July 2019.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge