IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RICHARD POLAK,<br><br>    Plaintiff,<br><br>vs.<br><br>ROBERT LANEY,<br><br>    Defendant. | 8:18-CV-358<br><br>ORDER |

  This matter is before the court on Plaintiff's Notice of Appeal, Filing 105. The Court granted summary judgment on October 29, 2020. Filing 101. The Notice of Appeal is timely filed pursuant to Federal Rule of Appellate Procedure 4(a)(1)(A). However, Plaintiff has not submitted an application to proceed in forma pauperis on appeal or paid the appellate filing fee, nor has Plaintiff previously been granted in forma pauperis status. See Fed. R. App. P. 24. Accordingly,

  IT IS ORDERED:

1. Plaintiff shall have until December 31, 2020, in which to either pay the appellate filing fee or submit a motion for leave to proceed in forma pauperis on appeal; and

2. The Clerk of the Court is directed to set a case management deadline in this matter with the following text: December 31, 2020: Deadline to submit IFP on appeal or pay filing fee.

  Dated this 1st day of December, 2020.

                BY THE COURT:

                _____
                Brian C. Buescher
                United States District Judge